**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------- x   **ECF Case**

BRIAN M. JACKSON
Individually and on behalf of a class        Case No.: 2:14-cv-02485-ADS-AKT

            Plaintiffs,        Honorable J. Spatt
        Honorable M. Tomlinson

v.

CARIBBEAN CRUISE LINE, INC., and
Does 1-10

           Defendants.

---------------------------------- x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 06 2014 ★
LONG ISLAND OFFICE

**ORDER**

This cause having come on this date to be heard on Defendant Caribbean Cruise Line, Inc.'s ("CCL") Notice of Withdrawal of its Motion to Dismiss (DE: 38), and this Court having considered the Motion and being fully advised, rules as follows:

IT IS HEREBY ORDERED that Defendant CCL's Notice of Withdrawal of its Motion to Dismiss without prejudice is GRANTED.

ORDERED this 6 day of December, 2014, at Central Islip, New York.

                                     s/ Arthur D. Spatt

                                       Honorable Judge Spatt
                                       District Court Judge