**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
BRIAN M. JACKSON, individually and on
behalf of a class,

                      Plaintiff,

             - against -

CARIBBEAN CRUISE LINE, INC.,
ADSOURCE MARKETING LTD, and DOES
1-10

                   Defendant.
--------------------------------------------------------X

                                        **JUDGMENT**
                                        CV 14-2485 (ADS)(AKT)

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States

District Judge, having been filed on January 21, 2017, granting the Plaintiff's motion pursuant to

Rule 41 to dismiss his claims with prejudice, dismissing any putative class action claims without

prejudice, and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff Brian M. Jackson take nothing of

Defendants Caribbean Cruise Line, Inc., and Adsource Marketing, Ltd.; that the Plaintiff's

motion to dismiss his claims with prejudice is granted; that any putative class action claims are

dismissed without prejudice; and that this case is hereby closed.


Dated:  Central Islip, New York
        January 25, 2017

                                DOUGLAS C. PALMER
                                CLERK OF THE COURT

                      By:     /s/ James J. Toritto
                              Deputy Clerk